

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00574-CR

Kevin John **FARESE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 223808
Honorable Jason Pulliam, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 19, 2014.

Karen Angelini, Justice